1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169
7
Attorneys for Defendants
8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12 | ELFATIH ELYAS AHMED,                      )
                                                             ) No. C 07-0913 CRB
13 |                  Plaintiff,                       )
                                                             )
14 |          v.                                         )
                                                             ) **STIPULATION TO EXTEND DATES;**
15 | ROBERT MUELLER, III, Director, Federal )  **and [PROPOSED] ORDER**
Bureau of Investigations; GREGORY       )
16 | CHRISTIAN, Acting Director, Nebraska Service )
Center, USCIS; EMILIO GONZALES, Director, )
17 | U.S. Citizenship and Immigration Services )
(USCIS); MICHAEL CHERTOFF, Secretary, )
18 | Department of Homeland Security; ALBERTO )
GONZALES, Attorney General, Department of )
19 | Justice; DAVID N. STILL, District Director, )
USCIS; TERRY RICE, San Francisco Field )
20 | Office Director, USCIS; EMILIA BARDINI, )
Director, Asylum Office, San Francisco )
21 |                                                         )
                  Defendants.                      )
22 | _____)

23 |     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

24 | of record, hereby stipulate, subject to the approval of the Court, to the following:

25 |     1. Plaintiff filed this action on or about February 13, 2007. Defendants' answer is currently

26 | due on April 27, 2007.

27 |     2. Pursuant to this Court's February 13, 2007 Order Setting Initial Case Management

28 | Conference, the parties are required to file a joint case management statement on May 18, 2007,

Stipulation to Extend Dates
C07-0913 CRB                  1

1 | and attend a case management conference on May 25, 2007.

2 |     4. The plaintiff is scheduled for an interview with the United States Citizenship and Immigration Services on May 9, 2007.

    5. In order to allow sufficient time for Defendants to resolve the case, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day for Defendants to file an Answer | May 28, 2007 |
| Last day to file Joint ADR Certification | June 8, 2007 |
| Last day to file/serve Joint Case Management Statement: | June 22, 2007 |
| Case Management Conference: | June 29, 2007 at 8:30 a.m. |

Dated: April 25, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


           /s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: April 25, 2007

           /s/
ELIAS Z. SHAMIEH
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: April 27, 2007

CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

Stipulation to Extend Dates
C07-0913 CRB          2