1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                      UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

| | |
|---|---|
| ELFATIH ELYAS AHMED, | ) |
|          Plaintiff, | ) No. C 07-0913 CRB |
|          v. | ) |
| ROBERT MUELLER, III, Director, Federal Bureau of Investigations; GREGORY CHRISTIAN, Acting Director, Nebraska Service Center, USCIS; EMILIO GONZALES, Director, U.S. Citizenship and Immigration Services (USCIS); MICHAEL CHERTOFF, Secretary, Department of Homeland Security; ALBERTO GONZALES, Attorney General, Department of Justice; DAVID N. STILL, District Director, USCIS; TERRY RICE, San Francisco Field Office Director, USCIS; EMILIA BARDINI, Director, Asylum Office, San Francisco | ) **SECOND STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |
|          Defendants. | ) |

23     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

24  of record, hereby stipulate, subject to the approval of the Court, to the following:

25     1. Plaintiff filed this action on or about February 13, 2007. Defendants' answer is currently

26  due on May 29, 2007.

27     2. The parties are required to file a joint case management statement on June 22, 2007, and

28  attend an initial case management conference on June 29, 2007.

Stipulation to Extend Dates
C07-0913 CRB                                               1

4. The plaintiff is scheduled for another interview with the United States Citizenship and Immigration Services on June 1, 2007, on his application for adjustment of status.

5. In order to allow sufficient time for the parties to resolve the case without further litigation, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day for Defendants to file an Answer | June 27, 2007 |
| Last day to file Joint ADR Certification | July 8, 2007 |
| Last day to file/serve Joint Case Management Statement: | July 20, 2007 |
| Case Management Conference: | July 27, 2007 at 8:30 a.m. |

Dated: May 25, 2007         Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


                            /s/
                            ─────────────────────
                            ILA C. DEISS
                            Assistant United States Attorney
                            Attorney for Defendants


Dated: May 25, 2007                    /s/
                            ─────────────────────
                            ELIAS Z. SHAMIEH
                            Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 31, 2007
                            ─────────────────────
                            CHARLES R. BREYER
                            United States District Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

Stipulation to Extend Dates
C07-0913 CRB                        2