1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12 ELFATIH ELYAS AHMED,                      )
                                             ) No. C 07-0913 CRB
13          Plaintiff,                 )
                                             )
14       v.                                )
                                             ) **THIRD STIPULATION TO EXTEND**
15 ROBERT MUELLER, III, Director, Federal    ) **DATES; and [PROPOSED] ORDER**
   Bureau of Investigations; GREGORY         )
16 CHRISTIAN, Acting Director, Nebraska Service )
   Center, USCIS; EMILIO GONZALES, Director, )
17 U.S. Citizenship and Immigration Services )
   (USCIS); MICHAEL CHERTOFF, Secretary,     )
18 Department of Homeland Security; ALBERTO  )
   GONZALES, Attorney General, Department of )
19 Justice; DAVID N. STILL, District Director,)
   USCIS; TERRY RICE, San Francisco Field    )
20 Office Director, USCIS; EMILIA BARDINI,   )
   Director, Asylum Office, San Francisco    )
21                                            )
            Defendants.                )
22                                            )

23     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

24 of record, hereby stipulate, subject to the approval of the Court, to the following:

25     1.  On June 1, 2007, Plaintiff was interviewed with the United States Citizenship and

26 Immigration Services (USCIS) on his application for adjustment of status.

27     2.  On June 26, 2007, USCIS issued a Notice of Intent to Terminate Asylum Status to Plaintiff,

28 with an intended termination date of August 2, 2007.

Third Stipulation to Extend Dates
C07-0913 CRB                          1

3. USCIS has given Plaintiff an opportunity to respond to the decision, and scheduled another interview on August 2, 2007.

4. In order to allow sufficient time for the parties to resolve the case without further litigation, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day for Defendants to file an Answer | August 27, 2007 |
| Last day to file Joint ADR Certification | September 7, 2007 |
| Last day to file/serve Joint Case Management Statement: | September 21, 2007 |
| Case Management Conference: | October 5, 2007 at 8:30 a.m. |

Dated: June 27, 2007    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


                /s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants


Dated: June 27, 2007                /s/
ELIAS Z. SHAMIEH
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  June 28, 2007    _____
CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

Third Stipulation to Extend Dates
C07-0913 CRB                2