1  SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2  JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3  Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6     Telephone: (415) 436-7124
FAX: (415) 436-7169
7
Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12  ELFATIH ELYAS AHMED,                    )
                                            )  No. C 07-0913 CRB
13                    Plaintiff,            )
                                            )
14          v.                              )
                                            )  **STIPULATION TO DISMISS; AND**
15  ROBERT MUELLER, III, Director, Federal  )  ~~[PROPOSED]~~ **ORDER**
Bureau of Investigations; GREGORY          )
16  CHRISTIAN, Acting Director, Nebraska Service )
Center, USCIS; EMILIO GONZALES, Director,  )
17  U.S. Citizenship and Immigration Services )
(USCIS); MICHAEL CHERTOFF, Secretary,      )
18  Department of Homeland Security; ALBERTO )
GONZALES, Attorney General, Department of  )
19  Justice; DAVID N. STILL, District Director, )
USCIS; TERRY RICE, San Francisco Field     )
20  Office Director, USCIS; EMILIA BARDINI,  )
Director, Asylum Office, San Francisco     )
21                                          )
                    Defendants.            )
22  _____)

23      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

24  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

25  action in light of the fact that the United States Citizenship and Immigration Services has

26  approved Plaintiff's application for adjustment of status.

27      Each of the parties shall bear their own costs and fees.

28

Stipulation to Dismiss
C07-0913 CRB                              1

1    Dated: August 28, 2007                                Respectfully submitted,

2                                                           SCOTT N. SCHOOLS
                                                            United States Attorney
3

4
                                                                        /s/
5                                                           ILA C. DEISS
                                                            Assistant United States Attorney
6                                                           Attorney for Defendants

7

8    Dated: August 28, 2007                                             /s/
                                                            ELIAS Z. SHAMIEH
9                                                           Attorney for Plaintiff

10

11
                                         **ORDER**
12
            Pursuant to stipulation, IT IS SO ORDERED.
13

14

15   Date:   August 29, 2007

16                                                          CHARLES R. BREYER
                                                            United St...
17

18                                                          IT IS SO ORDERED
                                                            Judge Charles R. Breyer
19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C07-0913 CRB                                    2